1032

No. 74–5865.  Jorgensen v. United States.  C. A. 10th Cir.  Certiorari denied.

No. 74–6160.  Griffin v. United States.  Ct. App. D. C.  Certiorari denied.

No. 75–311.  Jascourt v. United States.  Ct. Cl. Certiorari denied.

No. 75–320.  Braniff Airways, Inc. v. El Paso Coin Co., Inc., et al.  Ct. Civ. App. Tex., 8th Sup. Jud. Dist. Certiorari denied.

No. 75–362.  Crabtree v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 75–370.  Skartsivas v. United States.  C. A. 6th Cir.  Certiorari denied.

No. 75–371.  Leading Fighter et al. v. County of Gregory.  Sup. Ct. S. D.  Certiorari denied.

No. 75–385.  Maggio v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 75–390.  Craft, aka Woods, et al. v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 75–391.  Muckenstrum, aka Baker, et al. v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 75–392.  Burch v. United States.  C. A. 6th Cir.  Certiorari denied.

No. 75–398.  Gerry v. United States.  C. A. 2d Cir. Certiorari denied.